# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Melwood Horticultural Training Center, Inc. ) ASBCA No. 60154
)
Under Contract No. W911S0-11-F-0040 )

APPEARANCES FOR THE APPELLANT:          Larysa M. Kautz, Esq.
                                          General Counsel
                                        Christie Roberts, Esq.
                                          Assistant General Counsel

APPEARANCES FOR THE GOVERNMENT:         Raymond M. Saunders, Esq.
                                          Army Chief Trial Attorney
                                        MAJ David H. Stem, JA
                                          Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 8 December 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60154, Appeal of Melwood Horticultural Training Center, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals